```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| GWR INVESTMENTS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV441 |
| | ) | |
| v. | ) | |
| | ) | |
| EXECUTIVE RISK SPECIALTY INSURANCE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Upon the parties' joint oral motion, the parties are given until May 6, 2005 to submit their joint stipulation of facts for resolution of this case without trial.

DATED this 28th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge