THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GWR INVESTMENTS, INC., | ) | 8:04CV441 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| EXECUTIVE RISK SPECIALTY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

The parties have filed a joint motion to allow the plaintiff to submit a corrected brief and to extend the court's briefing schedule by one week (filing 33). The motion states that such adjustments are necessary due to "the record which contained discrepancies created by a mutual mistake of the Parties." (Filing 33, at 1.) I shall grant the plaintiff's motion and revise the briefing schedule accordingly.

IT IS ORDERED:

1. The parties' Joint Motion to Allow the Plaintiff to Submit a Corrected Brief and to Extend the Briefing Schedule by One Week (filing 33) is granted.

2. The parties shall submit their claims and defenses to the court for disposition by way of briefs and supporting materials pursuant to the following revised schedule:

    (a) The parties have already submitted to the court their stipulation of facts with attached exhibit (filing 30);

(b) Plaintiff shall submit its corrected opening brief on or before June 24, 2005. Such corrected brief shall supersede the opening brief that has already been filed by Plaintiff (filing 32);

(c) Defendant shall submit its response brief on or before July 8, 2005;

(d) Plaintiff shall submit its reply brief on or before July 15, 2005, after which this matter shall be deemed fully submitted to the court for resolution.

DATED this 16th day of June, 2005.

> BY THE COURT:
> s/Richard G. Kopf
> United States District Judge