THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GWR INVESTMENTS, INC., | ) | 8:04CV441 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| EXECUTIVE RISK SPECIALTY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

The court has been advised that the parties have reached a settlement regarding the issue of attorneys' fees. Accordingly,

IT IS ORDERED:

1. The parties are directed to perform their settlement agreement regarding attorneys' fees as agreed;

2. The briefing schedule regarding attorneys' fees set forth in this court's previous memorandum and order (filing 39) is suspended; and

3. No further documentation needs to be filed by the parties.

December 15, 2005.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge